UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................................................X
IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER            MDL No. 2859
HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND
VERSYS FEMORAL HEAD PRODUCTS LIABILITY
LITIGATION                                              18-MD-2859 (PAC)
                                                        18-MC-2859 (PAC)

*This Document Relates to All Actions*                  ORDER NO. 38
                                                        MEMORIALIZING
                                                        APRIL 16, 2020
                                                        STATUS
                                                        CONFERENCE
......................................................................................X

PAUL A. CROTTY, United States District Judge:

On April 16, 2020, the Court held a Status Conference by telephone to receive an update on the Parties' progress in MDL No. 2859.

### I. STATUS OF CURRENT FEDERAL AND STATE COURT ACTIONS

To date, there are one-hundred ninety-nine (199) filed cases in this multidistrict litigation ("MDL"). There are thirteen (13) active cases pending in various state courts.

### II. MOTION PRACTICE AND DISPUTED PROTOCOLS

The Court heard oral argument from each party on: (1) Plaintiffs' motion to compel regarding design and manufacturing changes to the MDL Products; and (2) whether the Parties' proposed Protocol Regarding the Testing, Exchange, and Storage of Explanted Medical Devices and Pathology Materials should govern non-bellwether plaintiffs. The Court will issue its rulings by separate order.

The Parties also noted that they had submitted a fully-agreed Deposition Protocol to the Court for its consideration.

Finally, the Court noted that the issue of use of pre-MDL depositions at bellwether trials had been previously argued by the Parties, the Parties stood on their prior arguments, and the Court noted that a ruling on that issue would be forthcoming.

### III. THE IMPACT OF COVID-19 AND SCHEDULING OF DEPOSITIONS

The Parties also discussed the impact of the COVID-19 pandemic on the schedule, including the scheduling of depositions. After the conference, Zimmer submitted a written proposal on the schedule (Dkt. 258), and the PEC filed its written response (Dkt. 259).

The Court will provide a ruling on these issues via a separate order.

### IV. NEXT STATUS CONFERENCE

The Court set a date of May 19, 2020 at 11:00 AM EDT for the next status conference, which will occur via telephone. No later than five (5) days prior to the Status Conference, counsel shall file a joint letter, not to exceed five (5) single-spaced pages and to be filed in **both 18-MD-2859 and 18-MC-2859**, setting forth the Parties' agenda.

SO ORDERED.

Dated: April 21, 2020
New York, New York

_____
PAUL A. CROTTY
United States District Judge