UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
.............................................................................. X
IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER          MDL No. 2859
HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND
VERSYS FEMORAL HEAD PRODUCTS LIABILITY
LITIGATION                                             18-MD-2859 (PAC)
                                                       18-MC-2859 (PAC)

*This Document Relates to All Actions*                 **ORDER NO. 49**

.............................................................................. X

HONORABLE PAUL A. CROTTY, United States District Judge:

     As stated in the Parties' position statements dated July 31, 2020 and on the record

at the August 5, 2020 status conference, documents intended to be used as exhibits at

deposition shall remain confidential and not be viewed by opposing counsel, or their

agents, until introduced as an exhibit in the deposition.


SO ORDERED.

Dated:   __August 19, 2020
       New York, New York

                                              _____
                                              PAUL A. CROTTY
                                              United States District Judge