UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE: ZIMMER M/L TAPER HIP              :
PROSTHESIS OR M/L TAPER                  :     MDL NO. 2859
HIP PROSTHESIS WITH KINECTIV             :
TECHNOLOGY AND                           :
VERSYS FEMORAL HEAD PRODUCTS             :     18-md-2859-PAC
LIABILITY LITIGATION                     :     18-mc-2859-PAC
                                         :
*This Document Relates to All Cases*     :     **ORDER NO. 53**
------------------------------------------------------------x

## SEVENTH AMENDED SCHEDULE

Upon consideration of the parties' agreed-to proposed amended schedule, the Court adopts the following future deadlines:

| Event | Current Date | Amended Date |
| --- | --- | --- |
| Deadline for Plaintiffs' expert disclosures for Initial Bellwether Trial Pool cases: | December 23, 2020 | Same |
| Deadline for Zimmer Defendants' expert disclosures for Initial Bellwether Trial Pool cases | February 10, 2021 | February 22, 2021 |
| Deadline for Expert Rebuttal Reports | March 9, 2021 | Same |
| Closure of expert discovery for MDL Bellwether Trial #1 | April 9, 2021 | Same |
| Dispositive and *Daubert* motion deadline for MDL Bellwether Trial #1 | May 7, 2021 | Same |
| Deadline for motions *in limine* for MDL Bellwether Trial #1 | May 14, 2021 | Same |

2093719.2

| Event | Current Date | Amended Date |
|---|---|---|
| Response to dispositive and *Daubert* motions due | June 4, 2021 | Same |
| Oppositions to motions *in limine* due | June 11, 2021 | Same |
| Reply to dispositive and *Daubert* motions due | June 25, 2021 | Same |
| Reply to motions *in limine* due | July 2, 2021 | Same |
| MDL Bellwether Trial #1 start date | September 20, 2021 | Same |

SO ORDERED,
Date: February 3, 2021

_____
Honorable Paul A. Crotty
United States District Judge