UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
...............................................................................X
IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP
PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS
FEMORAL HEAD PRODUCTS LIABILITY
LITIGATION                                                           18-MD-2859(PAC)
                                                                     18-MC-2859(PAC)
*This Document Relates to All Actions*                               **ORDER NO. 56**
...............................................................................X

On December 11, 2018, The Court adopted Plaintiff's Proposed Leadership Structure [Dkt. 30]. The Plaintiff Executive Committee ("PEC") now submits this proposed partial amendment to Order No. 2 replacing Laura Pittner, who has recently left Goldenberg Law, with Noah Lauricella. The Proposed leadership structure includes the following:

Plaintiffs' Executive Committee:

Kelly K. McNabb
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Phone: (212) 355-9500
Email: kmcnabb@lchb.com

Andrew Norden
Osborne & Francis
433 Plaza Real Blvd., Suite 271
Boca Raton, FL 33432
Phone: (561) 293-2600
Email: anorden@realtoughlawyers.com

Ashleigh Raso
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121
Email: araso@meshbesher.com

Kevin Fitzgerald
Fitzgerald Law Group
120 Exchange Street, Suite 200
Portland, ME 04101
Phone: (207) 874-7407
Email: kfitzgerald@fitz-lawgroup.com

<u>Plaintiffs Steering Committee</u>:

Noah Lauricella
Goldenberg Law, PLLC
800 LaSalle, Avenue, Suite 2150
Minneapolis, MN 55402
Phone: (612) 335-9977
Email: nlauricella@goldenberglaw.com

Marie Napoli Nicholas
Farnolo
Napoli Shkolnik PLLC
360 Lexington Avenue,
11th Floor New York, NY10017
Phone: (212) 397-1000
Email: MNapoli@napolilaw.com
NFarnolo@napolilaw.com

Peter Sandberg
Ingaldson Fitzgerald, P.C.
813 West Third Avenue
Anchorage, Alaska 99501
Phone: (907) 258-8750
Email: peters@impc-law.com

Alex C. Davis
Jones Ward
The Pointe
1205 E. Washington Street, Suite 111
Louisville, KY 40206
Phone: (502) 882-6000
Email: Alex@jonesward.com

Brenda S. Fulmer
Searcy Denney Scarola Barnhard & Shipley, P.A.
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Phone: (561) 686-6300
Email: BSF@searcyLaw.com

SO ORDERED.

Dated: March 2, 2021

_____
Paul A. Crotty
United States District Judge