UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE: ZIMMER M/L TAPER HIP : 
PROSTHESIS OR M/L TAPER : MDL NO. 2859
HIP PROSTHESIS WITH KINECTIV :
TECHNOLOGY AND :
VERSYS FEMORAL HEAD PRODUCTS : 18-md-2859-PAC
LIABILITY LITIGATION : 18-mc-2859-PAC
 :
*This Document Relates to All Cases* : **ORDER NO. 61**
------------------------------------------------------------x

## EIGHTH AMENDED SCHEDULE

Upon consideration of the parties' agreed-to proposed amended schedule, the Court adopts the following future deadlines:

| Event | Current Date | New Date |
|---|---|---|
| Closure of expert discovery for MDL Bellwether Trial #1 | April 23, 2021 | April 30, 2021 |
| Dispositive and *Daubert* motion deadline for MDL Bellwether Trial #1 | May 14, 2021 | May 21, 2021 |
| Deadline for motions *in limine* for MDL Bellwether Trial #1 | May 21, 2021 | August 18, 2021 |
| Response to Dispositive and *Daubert* motions due | June 14, 2021 | June 21, 2021 |
| Reply to Dispositive and *Daubert* motions due | July 1, 2021 | July 8, 2021 |
| Response to motions *in limine* due | June 21, 2021 | September 1, 2021 |

| Event | Current Date | New Date |
|---|---|---|
| Reply to motions *in limine* due | July 9, 2021 | September 10, 2021 |
| Deadline for Parties' Affirmative Deposition Designations for Bellwether Trial #1[2] | N/A | June 18, 2021 |
| Deadline for Responsive Deposition Designations and Objections to Affirmative Designations for Bellwether Trial #1 | N/A | July 12, 2021 |
| Deadline for Objections to Responsive Deposition Designations, Responses to Objections to Affirmative Designations for Bellwether Trial #1 | N/A | July 30, 2021 |
| Deadline for Responses to Objections to Responsive Deposition Designations for Bellwether Trial #1 | N/A | August 13, 2021 |
| Deadline for simultaneous verdict forms and *voir dire* questions. | N/A | September 14, 2021 |
| Deadline for proposed Jury Instructions | N/A | September 21, 2021 |
| Deadline for Exchange of Witness and Exhibit Lists | N/A | July 23, 2021 |
| Deadline for Exchange of Objections to Witness and Exhibit Lists | N/A | August 18, 2021 |

---

[2] If a party wishes to designate additional testimony later, the parties shall meet and confer. Failure to meet this deadline alone will not be grounds for denying additional designation.

| Event | Current Date | New Date |
|---|---|---|
| Deadline for ~~PEC's~~ response and objections to proposed jury instructions, verdict forms and *voir dire* questions. | N/A | N/A |
| Deadline for exchange of objections to witness and exhibit lists | N/A | N/A |
| Deadline for Defendants' objections to PEC's proposed jury instructions, verdict forms and voir dire questions | N/A | N/A |
| Final Pretrial Conference | September 21, 2021 @ 2PM | |
| MDL Bellwether Trial #1 start date | September 28, 2021 | |
| Bellwether Mediation Start Date | November 25, 2021 | |

APPROVED the  11th  day of          June          , 2021.

*Paul A. Crotty*
_____
Honorable Judge Paul A. Crotty
U.S. District Court Southern District of New York