**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

..........................................................................X

IN RE:  MDL No. 2859

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION  18-MD-2859 (PAC)

*This Document Relates to:*
Plaintiffs listed on the attached Exhibit A.

..........................................................................X

## PROPOSED ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

The Court has considered Plaintiff's Motion to Substitute Counsel.

IT IS HEREBY ORDERED THAT Mr. Basil E. Adham be substituted as Plaintiffs' lead counsel in place of Mr. Matthew S. Yezierski for those Plaintiffs listed on Exhibit A, and that all correspondence, service, and motions shall be directed to Mr. Basil E. Adham. IT IS FURTHER ORDERED THAT Mr. Yezierski be removed from notices and communication regarding the above-captioned MDL case and all individual cases listed on Exhibit A.

July 1, 2021

DATE

Hon. Judge Paul A. Crotty

# Exhibit A

1:19-cv-00141; *Moon v. Zimmer Biomet Holdings Inc et al*
1:19-cv-00310; *Thompson v. Zimmer Biomet Holdings, Inc. et al*
1:19-cv-02486; *Green v. Zimmer Biomet Holdings, Inc. et al*
1:19-cv-02646; *Mertz v. Zimmer, Inc. et al*
1:19-cv-04651; *Helt v. Zimmer Biomet Holdings, Inc. et al*
1:19-cv-06692; *Perkins v. Zimmer Inc. et al*
1:19-cv-06695; *Wallace et al v. Zimmer, Inc. et al*
1:19-cv-08110; *Aguirre v. Zimmer, Inc. et al*
1:19-cv-08356; *Neeley et al v. Zimmer, Inc. et al*
1:19-cv-08360; *Knapton v. Zimmer, Inc. et al*
1:19-cv-08766; *Woods et al v. Zimmer, Inc. et al*
1:19-cv-09112; *Ahlgren et al v. Zimmer, Inc et al*
1:20-cv-00921; *Williams v. Zimmer, Inc et al*
1:20-cv-01162; *Humphrey v. Zimmer Inc. et al*
1:20-cv-01167; *Wright v. Zimmer Inc. et al*
1:20-cv-02986; *Jackson v. Zimmer, Inc. et al*