UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER
HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND
VERSYS FEMORAL HEAD PRODUCTS LIABILITY
LITIGATION

*This Document Relates to All Actions*

-----------------------------------------------------------------------------x

MDL No. 2859

18-MD-2859 (PAC)
18-MC-2859 (PAC)

**Order No. 65**

## ORDER FOR EXTENSION OF DEADLINES FOR THE SECOND BELLWETHER POOL SELECTION AND PROCESS

Upon consideration of the parties' agreed-to proposed amended schedule regarding deadlines for the Second Bellwether Pool Selection and Process and in order to allow Plaintiffs' counsel additional time to obtain *Lexecon* waivers or objections from their clients, this Court extends all deadlines for the Second Bellwether Pool Selection and Process contained in Order 64 (Section VI, ¶ 17) by one week. Accordingly, the new schedule is set forth as below:

| Event | Date |
|---|---|
| Deadline for parties to file *Lexecon* Objections: | March 1, 2022 |
| Deadline for parties to submit Second Bellwether Pool Eligibility list to the Court consisting of all cases that waive *Lexecon* and satisfy the inclusion criteria set forth in ¶8 of Order 64: | March 4, 2022 |
| Court to randomly select 16 cases (8 from Category One and 8 from Category Two) for inclusion in the Second Bellwether Pool at the status conference: | March 7, 2022 at 4:00 pm ET |
| Deadline for parties to file Notices of Bellwether Strikes: | March 21, 2022 by 5:00 pm ET |
| Deadline for parties to file briefs on which four cases should be selected by the Court as the Second Bellwether cases: | March 31, 2022 |

- 1 -

| Commencement of case-specific fact discovery for the Second Bellwether cases: | The date the four second Bellwether cases are selected by the Court |
| Close of case-specific fact discovery for the Second Bellwether cases and deadline for the parties to submit letter briefs proposing the order of those cases: | 120 days after the second bellwether trial pool cases are selected by the Court. |

SO ORDERED.

Date:   February 22, 2022
       New York, New York

_____
Paul A. Crotty
United States District Judge