UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAD PRODUCTS LIABILITY LITIGATION

*This Document Relates to All Actions*

-----------------------------------------------------------------x

MDL No. 2859

18-MD-2859 (PAC)
18-MC-2859 (PAC)

**Order No. 67**

PAUL A. CROTTY, United States District Judge:

## ORDER AMENDING DEADLINE FOR PRODUCTION OF RULE 26 EXPERT REPORTS FOR NON-SETTLING PLAINTIFFS

The deadline for all non-settling plaintiffs to serve a Rule 26(a)(2)(B) expert report on Zimmer as set forth in Paragraph 3 of Order No. 66 (Dkt. 581) entered on May 3, 2022, is hereby extended to June 15, 2023.

The PEC and counsel for Zimmer shall provide chambers with a status update, on or before February 3, 2023. The Court hopes the parties will be able to provide a further breakdown of the Settlement Program and remains available should the parties request additional assistance or intervention.

ENTERED:

*/s/ Paul A. Crotty*
_____
HON. PAUL A. CROTTY
United States District Judge

Dated: November 4, 2022