UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

IN RE:

ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYS FEMORAL HEAH PRODUCTS LIABILITY LITIGATION

MDL No. 2859

18-MD-2859 (JMF)
18-MC-2859 (JMF)

*This Document Relates to All Actions*

---------------------------------------------------------------------x

**~~[PROPOSED]~~ ORDER GRANTING MOTION SEEKING AUTHORIZATION FOR THE DISTRIBUTION OF SHARED AND HELD COSTS AND ATTORNEY FEES INCURRED FOR THE COMMON BENEFIT FROM THE COMMON BENEFIT FUND**

Upon consideration of the Plaintiffs' Executive Committee's ("PEC") Motion Seeking Authorization for the Distribution of Shared and Held Costs and Attorney Fees Incurred for the Common Benefit from the Common Benefit Fund (the "Motion"), filed pursuant to Amended Order No. 5A (Dkt. 585) (the "Common Benefit Order"), and the Court having considered the Motion and the exhibits attached thereto, and good cause appearing therefor, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the distribution of common benefit shared and held costs, as set forth in Exhibit A to the Motion, is hereby authorized and directed; and it is further

**ORDERED** that the distribution of common benefit attorney fees, as set forth in Exhibit B to the Motion, is hereby authorized and directed.

**SO ORDERED.**

Dated: September 9, 2026
New York, New York

The Clerk of Court is directed to terminate ECF No. 737.

**HON. JESSE M. FURMAN**
United States District Judge